IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| STEPHANIE HABBEN, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-3076-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| CITY OF FORT DODGE; FORT DODGE HOUSING AGENCY; CAROLYN OLSON, Individually and in her official position as Executive Director of the Fort Dodge Housing Agency; and ROCHELLE NOLTE, Individually and in her official capacity as Section 8 Housing Manager of the Fort Dodge Housing Agency, | ) ) ) ) ) ) ) ) ) ) | IN A CIVIL CASE |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    Plaintiff, Stephanie Habben, take nothing and this action is dismissed.

Dated: January 29, 2007        PRIDGEN J. WATKINS
                                                    Clerk

                                              /s/ des
                                              (By) Deputy Clerk